1  Gillian Kuhlmann, CA Bar No. 316421
   GKuhlmann@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park East. Suite 1700
3  Los Angeles, California 90067
   Telephone:  (310) 788-3245
4  Facsimile:  (310) 788-3399

5  Eliyahu Ness, CA Bar No. 311054
   ENess@perkinscoie.com
6  PERKINS COIE LLP
   500 N. Akard Street, Suite 3300
7  Dallas, Texas 75201
   Telephone:  (214) 965-7700
8  Facsimile:  (214) 965-7799

9  Alec W. Farr (pro hac vice forthcoming)
   awfarr@perkinscoie.com
10 PERKINS COIE LLP
   700 Thirteenth St, NW, Suite 800
11 Washington, DC 20005
   Telephone:  (202) 654-6200
12 Facsimile:  (202) 654-9957

13 *Attorney for Plaintiff Edelman Financial Engines, LLC*

14

15                   UNITED STATES DISTRICT COURT

16                  SOUTHERN DISTRICT OF CALIFORNIA

17                          SOUTHERN DIVISION

18                          SAN DIEGO COUNTY

19

| | |
|---|---|
| EDELMAN FINANCIAL ENGINES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LPL FINANCIAL LLC,<br><br>Defendant. | Case No. '22CV1016 W  AGS<br><br>**EDELMAN FINANCIAL ENGINE, LLC'S NOTICE OF MOTION AND MOTION TO ENFORCE SUBPOENA DUCES TECUM ISSUED IN AID OF AN ACTION PENDING IN ANOTHER DISTRICT (Case No. 8:22-cv-01388-DKC (D. Md.))**<br><br>[Memorandum of Points and Authorities in Support of Motion to Enforce Subpoena filed concurrently herewith] |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Plaintiff Edelman Financial Engines, LLC ("Edelman") will and hereby does move to enforce a subpoena *duces tecum* duly issued and served upon LPL Financial LLC in connection with a lawsuit pending between Edelman and Scott Butera in the United States District Court for the District of Maryland, Case No. 8:22-cv-01388-DKC. This motion is based on this notice of motion and motion, the following memorandum of points and authorities, the supporting declaration of Eliyahu Ness filed herewith, and any evidence and argument presented at the hearing of this motion.

Dated: July 12, 2022          Respectfully submitted,

PERKINS COIE LLP

By:  */s/ Gillian Kuhlmann*
     Gillian Kuhlmann, CA Bar No. 316241
     GKuhlmann@perkinscoie.com

*Attorney for Edelman Financial Engines, LLC*